# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-569
Lower Tribunal Nos. F07-43923; F08-20401

————————

**Mitchel Machado,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Mitchel Machado, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.